IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHEAL ATTAWAY, Plaintiff, v. ILLINOIS DEPARTMENT OF HUMAN SERVICES (IDHS), Defendant.

Case No: [ ]

---

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

NOW COMES the Plaintiff, Micheal Attaway, and files this action pursuant to 42 U.S.C. § 1983 against the Illinois Department of Human Services (IDHS), stating as follows:

I. JURISDICTION & VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights violations).
2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this action occurred in Illinois.

II. PARTIES

3. Plaintiff, Micheal Attaway, is a resident of Illinois who is a recipient of AABD (Aid to the Aged, Blind, and Disabled) benefits and has been wrongfully denied SNAP and TANF benefits.
4. Defendant, Illinois Department of Human Services (IDHS), is the Illinois agency responsible for administering SNAP, TANF, and AABD benefits and is based in Illinois.

III. FACTUAL BACKGROUND

5. Plaintiff was previously receiving $291/month in SNAP benefits and was eligible for TANF benefits due to his AABD status.
6. Plaintiff received the following SNAP benefit deposits:
    - June 8, 2024: $252
    - July 3, 2024: $291
    - August 3, 2024: $291
    - September 3, 2024: $89
    - October 3, 2024: $92
    - November 3, 2024: $63
    - December 3, 2024: $55
    - January 3, 2025: $55
    - February 3, 2025: $55
    - March 3, 2025: $55
7. In September 2024, Plaintiff's SNAP benefits were abruptly reduced from $291/month to $89, then further reduced to $55/month as of December 2024 without proper explanation or justification.
8. Plaintiff timely filed an appeal with IDHS to challenge the reduction of both his SNAP and TANF benefits.
9. A hearing was scheduled by IDHS to address the appeal of both benefits.

10. IDHS failed to conduct a hearing despite scheduling it and the Plaintiff waiting for the hearing call. Plaintiff was never contacted, and the hearing did not take place.
11. Plaintiff was not given proper notice of the hearing, nor was he afforded an opportunity to be heard on the issues regarding his SNAP and TANF benefits.
12. As a result, Plaintiff has suffered financial hardship, food insecurity, and emotional distress due to the denial of benefits and the failure of IDHS to provide a fair hearing.

IV. LEGAL CLAIMS

A. Violation of Due Process (14th Amendment & 42 U.S.C. § 1983)

13. The 14th Amendment to the U.S. Constitution guarantees that no person shall be deprived of life, liberty, or property without due process of law.
14. Plaintiff was deprived of his SNAP and TANF benefits without being afforded a fair hearing or proper notice, violating his due process rights.
15. IDHS's failure to provide a meaningful hearing or notify Plaintiff of the hearing time or contact information is an arbitrary and unconstitutional deprivation of benefits.

B. Violation of SNAP and TANF Regulations

16. IDHS's actions also violated the regulations governing SNAP (7 C.F.R. § 273.15) and TANF as they failed to conduct a fair hearing, which is required before reducing or denying benefits.

V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Order Defendant to restore Plaintiff's full SNAP benefits in the amount of $291 per month for the duration of the period Plaintiff's benefits were wrongfully reduced and provide retroactive payments.

B. Order Defendant to restore Plaintiff's full TANF benefits and provide retroactive payments from the date Plaintiff's TANF benefits were denied.

C. Award compensatory damages for financial hardship and food insecurity as follows:

- **$1,573** in lost SNAP benefits
- **$1,750** in lost TANF benefits
- Additional out-of-pocket costs for food and essentials

D. Award emotional distress damages for suffering caused by the wrongful benefit reductions and denial, in an amount not less than **$50,000**. E. Award punitive damages to deter Defendant from similar future violations, in an amount not less than **$30,000**. F. Grant a preliminary injunction requiring Defendant to immediately restore Plaintiff's SNAP and TANF benefits while this case is pending. G. Award attorney's fees and costs under 42 U.S.C. § 1988. H. Grant any other relief the Court deems just and proper.

Respectfully submitted,

Micheal Attaway
[116 N First St Champaign, Illinois 61820]
[312-560-9253]